UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 17-2352(DSD/LIB)

Derrick Delmar Brocks,

    Petitioner,

v.                                        **ORDER**

Jeff Titus,

    Respondent.

This matter is before the court upon the report and recommendation of Magistrate Judge Leo I. Brisbois dated July 17, 2017 (R&R). The magistrate judge recommended that the court deny the petition for a writ of habeas corpus and deny a certificate of appealability. No objections to the R&R have been filed in the time period permitted. Under these circumstances, the court finds it appropriate to adopt the R&R.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The R&R [ECF No. 7] is adopted in its entirety;

2. The petition for a writ of habeas corpus [ECF No. 1] is denied;

3. No certificate of appealability shall issue; and

4. The case is dismissed with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 7, 2017

                                              s/David S. Doty
                                              David S. Doty, Judge
                                              United States District Court